# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTHONY FRANCHI, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>NUMEREX CORP., STRATTON J. NICOLAIDES, TONY HOLCOMBE, SHERRIE G. MCAVOY, JERRY A. ROSE, ANDREW RYAN, ERIC SINGER, BRIAN R. IGOE, SIERRRA WIRELESS, INC., and WIRELESS ACQUISITION SUB, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:17-CV-3957-WSD<br>)<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Jessica P. Corley hereby enters her appearance as counsel of record in the above-styled action for Defendants Numerex Corp., Stratton J. Nicolaides, Tony Holcombe, Sherrie G. McAvoy, Jerry A. Rose, Andrew Ryan, Eric Singer, and Brian R. Igoe. All future documents and communications directed to these Defendants as parties to this action should be sent to:

  Jessica P. Corley
  Alston & Bird LLP
  1201 West Peachtree Street
  Atlanta, GA 30309-3424

    Phone: (404) 881-7374
    Fax: (404) 253-8244
    Email: jessica.corley@alston.com

Respectfully submitted this 2nd day of November, 2017.

                ALSTON & BIRD LLP

                /s/ *Jessica P. Corley*
                Jessica P. Corley
                Georgia Bar No. 572733
                Lisa R. Bugni
                Georgia Bar No. 143077
                Cara M. Peterman
                Georgia Bar No. 866576
                1201 West Peachtree Street
                Atlanta, Georgia 30309-3424
                Telephone: (404) 881-7374
                Facsimile: (404) 881-7777
                Emails: jessica.corley@alston.com
                          lisa.bugni @alston.com
                          cara.peterman@alston.com

                *Attorneys for Defendants Numerex Corp., Stratton J. Nicolaides, Tony Holcombe, Sherrie G. McAvoy, Jerry A. Rose, Andrew Ryan, Eric Singer, and Brian R. Igoe*

## **LOCAL RULE 7.1D CERTIFICATION**

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

/s/ *Jessica P. Corley*
Jessica P. Corley
Georgia Bar No. 572733

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day November, 2017, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

                                            ALSTON & BIRD LLP

                                            /s/ *Jessica P. Corley*
                                            Jessica P. Corley
                                            Georgia Bar No. 572733